UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| QUINTARRE L.WILKINS, et al<br>DENASTYA L. WILKINS<br>PO Box 485<br>Rosharon, TX 77583<br>Plaintiff(s)<br><br>Vs.<br><br>ATTORNEY KEVAL PATEL LAW FIRM<br>c/o American Pointe Realty Limited<br>19855 Southwest Fwy#330<br>Sugarland,TX 77479<br><br>PENNYMAC LOAN SERVICES, LLC<br>3043 Townsgate Rd Suite 200<br>Westlake Village, CA 91361<br><br>ALDRIDGE PITE, LLP /Trustee Paul Hoefker<br>701 N. Post Oak Rd Suite 205<br>Houston, TX 77024<br><br>SUMMIT REALTY listing agent Cameron Namazi<br>702 West Sam Houston Pkwy S. #300<br>Houston,TX 77042<br><br>SAM DORAY REAL ESTATE LLC, Buyer Agent Raul Gonzalez<br>122 West Way Ste#405<br>Lake Jackson, TX 77566<br><br>CAPITAL TITLE COMPANY, Stephen Buttram/Attorney,<br>Realestate Broker,Escrow Officer<br>5023 Washington Avenue, Suite 200<br>Houston, TX 77007<br><br>JULIAN PEREZ, borrower/occupant of home<br>4819 Sunset Park Lane<br>Rosharon, TX 77583<br><br>THE BAR ASSOCIATION-PRESIDENT LAURA GIBSON<br>1414 Colorado St<br>Austin, TX 78701 | Case No. **3:23-CV-00088**<br><br>United States Courts<br>Southern District of Texas<br>FILED<br><br>MAR 16 2023<br><br>Nathan Ochsner, Clerk of Court |

Brazoria County Court
111 East Locust Street
Angleton, TX 77515

JUDGE SHERRY KERSH
121 10th St. West Columbia, TX 77486

JUDGE PAT SEBESTA
111 East Locust Street
Angleton, Texas 77515

DISTRICT CLERK OFFICE-CASSANDRA TIGNER
RECORDER OF DEEDS
1524 E. Mulberry St.
Angleton, TX 77515
          Defendant(s)

## 50-MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRIVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND BREACH OF CONTRACT THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff(s), and Quintarre LaDell Wilkins and Denastya Latreace Wilkins to file their claim against the defendant(s). The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Deprivation of Civil Right Under Color of Law, conspiracy to commit real estate deed fraud, and forgery. This case is brought to enforce constitutional rights under 42 U.S.C. § 1983, conspiracy statutes under Federal Law.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

### JURISDICTION:

1. The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts.

2. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

3. This court has personal jurisdiction over the plaintiff corporations because the corporation's principal place of business is in this state.

4. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

5. Federal court has jurisdiction over this case based on the following reasons:
a. 42 USC 1983 civil rights claim is Constitutional dispute.

b. The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.

c. The state is in control of the plaintiff's property deed when there is no law that forces the plaintiff's to register their property.

d. The state is paying the judge and providing a pension, 401-k, so other state court judges will have a conflict to hear this case in state court.

6. The State is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.

7. The amount of damage is over what the state court has jurisdiction to rule on.

8. The defendants violated Federal Laws.

9. The defendants violated the plaintiff's right to due process in state court which is liable under 42 U.S.C 1983 a federal civil rights statute.

10. There is no other court available for remedy.

## FACTUAL ALLEGATIONS:

11. Quintarre Wilkins and Denastya Wilkins entered into a mortgage agreement with Universal Mortgage on July 15, 2016. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money.

12. September 1, 2016 received welcome letter from PennyMac Loan Servicing letting us know they were our new servicer also stated we were negative $13,000 in escrow and didn't understand why.

13. We were offered a loan modification in February 2018 paying $2685.71, prior to paying that amount we were paying February 2017 $1730.65 When covid hit we were put on a forebearance and after that eviction notices start arriving.

14. Spoke with an advisor Ioannes-Comitis House Clades who drafted my previous paperwork towards the case letting us know we were being defrauded out of our home.

15. Mr. Clades started drafting legal paperwork to PennyMac Loan Servicing requesting an audit of ledger accounts and in return PennyMac Loan Servicing never sent the information they replied to us that we were filing frivolous paperwork and for a while we stop receiving paperwork about the mortgage. One year later we started receiving notice of default and intent to accelerate .

16. Received noticed on door from constable office Justice of the Peace Precint 4, Place 1 Brazoria County Judge Sarah Linder for eviction court in June 2022 . Judge looked at paperwork and said she wasn't going to rule due to a title issue and needed to go to a higher court. Received notice of plaintiff tried to reinstate case and June 10, 2022 Judge Linder denied and the Abatement will remain for 90 days, due to Title dispute.

17. Received another eviction notice a few days later to appear to another Justice of the Peace court in West Columbia, Tx and the property is located in Rosharon, Tx which was 40 miles out .which is out of Judge Sherry Kersh, Precint4, Place 2 Brazoria County jurisdiction. When entering the court there were at least 8-10 officers in the room and we felt intimidated by the atmosphere in the room.. The judge never looked at the paperwork and made a ruling that this is her court room and that the IRS or nobody runs her court room and that PennyMac Loan Servicing was tired of dealing with us and we had 5 days to vacate.

18. August 17, 2022 the same 10 officers came to our home and had our street blocked and was treated disrespectfully and embarrassed. We were told the District Attorney said to move forward with removing the things from the home. I called the DA and we were told that no one called the office and she stated it sounds like they are trying to bully you'll and from that point that made them upset and threatened to take us to jail if we didn't remove ourselves. So in all the abatement that the first judge ordered was disregarded.

19. They put everything on our front lawn as we felt so violated especially after letting them know there was a lien on the property.

20. We left the house and filed in state court with Judge Matt Sebesta 239th court and still have a open case.

21. They sold our house 12/1/22 and was told by the judge he was going to look into it and sold the house while still in litigation

22. The bank or financial institution involved in the alleged loan will follow GAAP,

23. The lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

24. The borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

25. The borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

26. The written agreement gives full disclosure of all material facts.

27. The Bank Advertised That They Loan Money:

a. I applied for a loan.

b. Universal American Mortgage Company, LLC (bank) refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

c. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

d. There is no bona fide signature on the alleged promissory note.

e. The promissory note is a forgery.

f. The promissory note—with my name on it— obligates me to pay $294,566.00 plus interest, giving it a substantial value in today's market if it were sold to investors.

g. The bank recorded the forged promissory note as a loan from me to the bank.

h. The bank used this loan to fund the alleged bank loan check back to me.

i. The bank refused to loan the plaintiff(s) legal tender or other depositors' money in the amount of $294,566.00 or repay the unauthorized loan it recorded from me to the bank.

j. The bank changed the cost and the risk of the alleged loan.

k. The bank operated without my knowledge, permission, authorization, or agreement.

l. The bank denied me equal protection under the law.

m. The bank refused to disclose material facts of the alleged agreement and refused to tell the plaintiff(s) if the agreement was for them to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

n. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

o. The bank failed to disclose if the promissory note is money or not money.

p. It appears the bank recorded the promissory as an unauthorized loan from me to the bank.

28. The defendant(s) committed and conspired to commit real estate deed fraud when they failed to deliver the property deed as mandated by the state property transfer statute.

a. The mortgage deal was Not done according to the GAAP accounting principles in violation of the federal law.

b. The electronic credits called the mortgage loan were generated by the plaintiff's signature on the promissory note.

c. The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed there received the electronic credits called the mortgage loan.

d. There was no exchange of money in the mortgage loan.

29. Valid conveyances require that the executed deed be delivered to and accepted by the grantee.

30. The property deed was never delivered or accepted by the plaintiff(s).

31. The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

32. The fact the alleged lender accepted the plaintiff's signature on the mortgage lien proves the plaintiffs owned the property already.

33. The first illegal mortgage lien was placed on the property after the unlawful registration.

34. When the defendants placed the plaintiff's "document of title" in their records the attorney created a secret Constructive Quasi "Trust" on the presumption that their "State corporation" has "AN interest in plaintiff's land, and they now control plaintiff's property rights such as "possession" etc, and due to defendants illegal actions plaintiff's have been illegally removed from property.

35. Plaintiff's have filed a state and federal case against the defendants, and it is still pending.

36. The banks and servicer reported the alleged debt on the plaintiff's credit report when in fact the amount is in dispute. 15 U.S. Code 1666(b). If a creditor receives a further written notice from an obligor that an amount is still in dispute within the time allowed for payment under subsection (a) of this section, a creditor may not report to any third party that the amount of the obligor is delinquent because the obligor has failed to pay an amount which he has indicated under section 1666(a)(2) of this title, unless the creditor also reports that the amount is in dispute and, at the same time, notifies the obligor of the name and address of each party to whom the creditor is reporting information concerning the delinquency.

### THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNTING LAWS:

37. The contract should be rescinded because the attorneys did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures.

38. The original debt was zero because the plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator and a liability to the lender.

39. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

40. But the attorney's do not understand that they have this liability because most of them are unaware of it.

a. UCC §1-201(24), §3-104, §3-306, §3-105,

b. UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511

c. UCC §§9-102(9), (11), (12)(B), (49), (64)

d. 12 USC 1813(l)(1)

41. The plaintiff's records will show the defendant's have an offsetting liability to the plaintiff's pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR). These Five Records Include:

a. FR 2046 balance sheet,
b. 1099-OID report,
c. S-3/A registration statement,
d. 424-B5 prospectus and
e. RC-S & RC-B Call Schedules Plaintiffs claims are brought forward Under Common Law:

## 42. ELEMENTS FOR COMMON LAW:

a. Controversy (The listed defense)

b. Specific Claim (breach of contract)

c. Specific Remedy Sought by Claimant (50- million dollars)

d. Claim Is Sworn To, and I will verify in open court that all herein be true.

## 43. PARTIES

a. Quintarre and Denastya Wilkins are residents of Brazoria County, Texas.

b. The defendant(s) is PennyMac Loan Servicing, Attorney Keval Patel, Aldridge Pite, LLC/Trustee Paul Hoefker, Summit Realty/listing agent Cameron Namazi, Sam Doray LLC, selling agent Raul Gonzalez, Capital Title Company/Stephen Buttram, Bar Association President Mary Smith, Judge Matt Sebesta et al

Count One: Violation of 42 U.S.C.1983:

1. Defendants incorporate by reference the facts alleged in paragraphs 1-49

2. The defendant's negligence was the direct and proximate result of the plaintiff's injuries.

Count Two: Violations of Due Process:

1. Plaintiff's incorporate by reference the facts alleged in paragraphs 1-49. The defendant(s) had a duty to follow the law and the constitution.

Count Three: Conspiracy to Commit Real Estate Deed Fraud:

1. Plaintiff's incorporate by reference the facts alleged in paragraphs 1-49.

Count Four: Forgery: 1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

Count Five: Breach of Contract

1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

Count Six: Real Estate Deed Fraud:

1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

Count Seven: Obstruction of the Administration of Justice

1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

## NEGLIGENT/RECKLESS CONDUCT:

44. The revised statutes used to provide jurisdiction to the court is not a valid law and therefore rob the court of jurisdiction.

45. The contract filed is missing the following provisions agreed upon in the original contract:

a) The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

b) The bank or financial institution involved in the alleged loan will follow GAAP,

c) the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

d) the borrower does not provide any money, money equivalent, credit, funds or capital or things of value that a bank or financial institution will use to give value to a check or similar instrument,

e) the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

f) the written agreement gives full disclosure of all material facts.

46. The defendant's violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

47. The defendant's obstructed the administration of justice.

## Slander of Title:

48. The defendants have caused to be recorded various documents including a wrongful deed fraud which constitutes slander of title, and the plaintiff's should be awarded resulting damages to be fully proved at the time of trial.

## Slander of Credit:

49. The plaintiff's allege that the actions and in actions of the defendant(s) have impaired their credit causing them to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

### Infliction of Emotional Distress:

50. The defendants has intentionally and negligently taken illegal actions which have caused the plaintiff's severe emotional distress.

51. The attack on the plaintiff's home using a statute that is a valid fraud on the court.

### Damages:

52. The plaintiff's is seeking damages for the fact that the alleged lender accepted the plaintiff's signature on the illegal mortgage lien proves the plaintiff's already owned the property and is being scammed.

53. As a proximate result of the negligent actions of defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

54. As a result of these actions, by the State of Texas, and the plaintiff's. I have suffered in the following ways:

a) We have also suffered intense anxiety and depression, which attacks with a loss of sleep, not able to perform sex, loss of hair. When I do not sleep I am intensely fatigued. I will never be able to give a monetary value for the increased damage of our health from the stress that we've suffered..our kids has suffered tremendously through this being removed from their home.

b. No one can return to me the health I have lost in dealing with the dubious actions of the persons named in my lawsuit.

c. The defendants acted with deliberate indifference to the Constitution and or federal laws when they violated the plaintiff's rights UNDER 42 U.S. CODE SEC. 1983, and the plaintiff's rights to "due process".

55. The Judge Lacks Immunity When He/ She Violates The Law:

The judge has qualified immunity when he/she follows the constitution and the law. The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the court's jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including taking claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The

Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

### The Five Elements of "Due Process:

56. In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings.

This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

e. Equity: The system must produce decisions that reflect a sense and substance of "rightness" and "reasonableness." In matters involving unethical conduct, the punishment should fit the offense. The judgment should reflect consideration of extenuating circumstances and a balancing of competing values and objectives. Moreover, the predictability, consistency, and uniformity of the system's performance is an important measure of Equity.

Conspiracy: A federal criminal conspiracy is built up of five elements:

a. Two or more persons that;

b. Intentionally;

c. Agreed;

d. To violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

### Elements for Forgery:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

b. The writing must have legal significance.

c. The writing must be false. The writing must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

### Request for Damages:

Plaintiff's request compensatory and general damages for expenses for legal expenses, mental anguish associated with living with the consequences of the defendants negligence, loss of income, and damaged credit score. The plaintiff's request punitive damages in what the jury finds just and fair. Plaintiff's prays that this court enter judgment for the Plaintiff's and against the Defendant, and grant:

a. compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess 50-Million Dollars

b. any further relief that this court deems just and proper, and any other appropriate relief a law WHEREFORE, Plaintiff's Quintarre Wilkins and Denastya Wilkins, request the following

c. That the court enter a judgment in favor of Quintarre Wilkins and Denastya Wilkins, and against the defendants on all counts of the Complaint:

d. That the court award compensatory damages into plaintiff's and against the defendant(s) jointly and severally, in an amount to be determined at trial:

e. That the court award punitive damages to plaintiffs, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendant in the future.

f. That the court award plaintiffs, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

g. That the court grant plaintiffs such other equitable relief that the court deems appropriate.

Demand For A Trial By Jury Comes Now, the plaintiffs, and hereby demands jury trial on all issues so triable to a jury.

_____  
Quintarre LaDell Wilkins

3/16/2023  
Date

_____  
Denastya Latreace Wilkins

3/16/2023  
Date

Without Prejudice 1-308

State of Texas  
County of Brazoria

Subscribed and sworn to affirmed before me this 16 day of March 20 23 by Quintarre Ladell Wilkins and Denastya Latreace Wilkins.

Notary Seal

_____  
Notary Signature

Dominique Hall  
Print Name

DOMINIQUE HALL  
Notary Public, State of Texas  
Comm. Expires 01-19-2025  
Notary ID 132877029