United States District Court
Southern District of Texas

**ENTERED**

July 10, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| QUINTARRE L. WILKINS, *et al.,* | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | 3:23-cv-00088 |
| | § | |
| ATTORNEY KEVAL PATEL LAW FIRM, *et al.,* | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 23, 2023, this court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)–(B). Dkt. 42. Judge Edison filed a memorandum and recommendation on June 21, 2023, recommending that motions to dismiss filed by (1) the Honorable Sherry Kersh, Brazoria County Justice of the Peace, Precinct Four, Place Two (Dkt. 23); (2) the Honorable Cassandra Tigner, Brazoria County District Clerk (Dkt. 25); (3) the Honorable Patrick Sebesta, Judge for the Brazoria County Criminal Law Magistrate Court and former presiding judge of the 239th Judicial District Court (Dkt. 36); (4) Paul A. Hoefker, counsel for PennyMac Loan Services, LLC (Dkt. 41); (5) Scott R. Valby and Gregg & Valby, LLP (the "G&V Defendants") (Dkt. 43); and (6) Laura Gibson, former president of the State Bar of Texas (Dkt. 55) be GRANTED. Dkt. 69.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)    Judge Edison's memorandum and recommendation (Dkt. 69) is approved and adopted in its entirety as the holding of the court; and

(2)    The motions to dismiss filed by Judge Kersh (Dkt. 23), Tigner (Dkt. 25), Judge Sebesta (Dkt. 36), Hoefker (Dkt. 41), the G&V Defendants (Dkt. 43), and Gibson (Dkt. 55) are GRANTED.

SIGNED on Galveston Island this 10th day of July, 2023.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE