United States District Court
Southern District of Texas
**ENTERED**
November 21, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| QUINTARRE L. WILKINS, *et al.*, | § § § | |
| Plaintiffs. | § § | |
| V. | § § | 3:23-cv-88 |
| ATTORNEY KEVAL PATEL LAW FIRM, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 23, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)–(B). Dkt. 42. Judge Edison filed a memorandum and recommendation on November 3, 2023, recommending that motions to dismiss filed by (1) the Keval Patel Law Firm ("Patel") and American Pointe Realty, Ltd. ("APR") (Dkt. 78); (2) PennyMac Loan Services, LLC ("Pennymac") (Dkt. 87); and Locke Lord LLP and Kurt Krolikowski ("Krolikowski") (collectively, "Locke Lord") (Dkt. 88) be granted. *See* Dkt. 89. Judge Edison also recommended that the court sua sponte dismiss Plaintiffs' claims against Julian Perez; Summit Realty; Cameron Namazi; Sam Doray Real Estate, LLC; Raul Gonzalez; Capital Title Co.; Stephen Buttram; John Powell; Sergio Perez; and Ryan Erickson (the "Remaining Defendants"). *See id.*

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 89) is approved and adopted in its entirety as the holding of the court; and

(2) The motions to dismiss filed by Patel and APR (Dkt. 78), Pennymac (Dkt. 87), and Locke Lord (Dkt. 88) are granted; and

(3) The court sua sponte dismisses Plaintiffs' claims against the Remaining Defendants. A final judgment will issue separately.

SIGNED on Galveston Island this 21st day of November 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE