United States District Court
Southern District of Texas
**ENTERED**
November 21, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| QUINTARRE L. WILKINS, *et al.*, | § § § | |
| Plaintiffs. | § § | |
| V. | § § | 3:23-cv-88 |
| ATTORNEY KEVAL PATEL LAW FIRM, *et al.*, | § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 21st day of November 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE